UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JAN 08 2021
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

~~[scribbled out]~~ Mark A. LYNCH, Sr.
vs.
Police officer Hanley
Police officer John Doe
Colonie Police Dept.

**Plaintiff(s)**

**Defendant(s)**

Civil Case No.: 1:21 cv 25 (GTS/ML)

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

Plaintiff(s) demand(s) a trial by: ○ JURY  ○ COURT  (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Mark A. LYNCH, SR.
   Address: 101 Sweeney Apartments
   Troy, N.Y. 12180

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Hanley
   Official Position: Colonie Police officer
   Address: ~~[scribbled]~~ 312 Wolf Rd.
   Latham, N.Y. 12110

b.  Defendant: John Doe
    Official Position: Police officer
    Address: 312 Wolf Rd.
    Latham, N.Y.
    12110

c.  Defendant: Colonie Police Dept.
    Official Position: Police Dept.
    Address: 312 Wolf Rd
    Latham, N.Y.
    12110

Additional Defendants may be added on a separate sheet of paper.

4.                                    **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

On or about Oct. 3, 2020 Plaintiff was at Hannaford SuperMarket in Latham, N.Y. When Plaintiff came out of the restroom P.O. officer stopped Plaintiff without reason or probable cause and immedately put handcuffs on Plaintiff and held him. When store personal came they told P.O. Hanley they were not filing any charges. P.O. Hanley continued to detain Plaintiff for over

an hour in hand cuffs while looking for a crime, to Charge Plaintiff

## 5. CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Illegal detention without Probable Cause or reason. Plaintiff was held in handcuffs for over an hour while P.O. Hanley and partner P.O. John Doe looked for a Crime to Charge Plaintiff

### SECOND CAUSE OF ACTION

P.O. Hanley, than took and Kept Plaintiff's property that was in a bag in a shopping cart, which was not stolen or reported stolen, or illegal to have.

### THIRD CAUSE OF ACTION

When Plaintiff was leaving Plaintiff asked for his property and was told No by P.O. Hanley and partner. Property was paint bushes a bottle of Draino, and other house repair items. P.O. Hanley, Just laughed at Plaintiff, As spectators looked on. Making Plaintiff look bad and a Crimnial.

6.   **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

That property be returned, that Defendants make an apolige and the Defendants pay $2 Million Dollars for pain and suffering Mental stress and lost of respect

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Jan. 4, 2021

*Mark Lynch, Jr.*

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010